79 F.3d 1138
 Joseph L. Ollie, Joseph Lee Word
v.
James Kuhn, Skiba, State Parole Agent, Robert Franz,
District Supervisor, Dave Richerdson, Assistant Supervisor
of Parole Agents, Gary Lucht, Chairman, Erie County Board of
Probation and Parole, Joseph D. Lehman, Commissioner, Fred
W. Jacobs, Board of Parole Chairman, of Commonwealth of
Pennsylvania Board of Probation and Parole
 NO. 94-3560
 United States Court of Appeals,
Third Circuit.
 Feb 08, 1996
 
 Appeal From: W.D.Pa., No. 93-cv-00141E,
 Cohill, J.
 
 
 1
 AFFIRMED.